In the Matter of Proving the Last Will and Testament of
ABIGAIL JOURNEAY, Deceased.

MARY L. ENGELBRECHT, Appellant; EDWARD SPRAGUE, as
Executor, et al., Respondents.

*Matter of Journeay,* 15 App. Div. 567, affirmed.
(Argued February 26, 1900; decided March 13, 1900.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, made April
6, 1897, affirming a decree of the Surrogate's Court of Rich-
mond county admitting to probate the last will and testament
and the codicils thereto of Abigail Journeay, deceased.

*Calvin D. Van Name* and *Mortimer S. Brown* for appellant.

*George J. Greenfield* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.

———

In the Matter of the Final Judicial Settlement of the Account
of EDWARD SPRAGUE, as Administrator of DAVID H.
JOURNEAY, Deceased.

MARY L. ENGELBRECHT, Appellant; EDWARD SPRAGUE, as
Administrator, et al., Respondents.

*Matter of Sprague,* 40 App. Div. 615, affirmed.
(Argued February 26, 1900; decided March 13, 1900.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, made May 8,
1899, affirming a decree of the Surrogate's Court of Richmond
county settling the accounts of Edward Sprague, as surviving
administrator of the estate of David H. Journeay, deceased.

*Calvin D. Van Name* and *Mortimer S. Brown* for appellant.

*George J. Greenfield* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.